UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION
Case No.

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION
FILED IN OFFICE
1:50 P.m
0 0 7 / 18 2020
J Hods
Deputy Cle

**JAMES S. FALLER, II**

    Plaintiff,

**VERIFIED
COMPLAINT**
**Jury Demand**

CV120- 002

vs.

**NANCY PATRICIA PELOSI**                                                  **SERVE**
Personally and as United States Congresswoman and as
Speaker of the House of the United States Congress;

    Defendant,

and

**ADAM BENNETT SCHIFF**                                                   **SERVE**
Personally and as United States Congressman;

    Defendant,

and

**CHARLES ELLIS SCHUMER**                                             **SERVE**
Personally and as United States Senator and as Minority Leader of
the United States Senate;

    Defendant,

and

**JERROLD LEWIS NADLER**                                              **SERVE**
Personally and as United States Congressman;

    Defendant,

and

**ALEXANDRIA OCASIO-CORTEZ**
Personally and as United States Congresswoman;                    **SERVE**

   Defendant,

and

**RASHIDA HARBI TLAIB**                                          **SERVE**
Personally and as United States Congresswoman;

   Defendant,

and

**ILHAN ABDULLAHI OMAR**                                        **SERVE**
Personally and as United States Congresswoman;

   Defendant,

and

**THE DEEP STATE**                                              **SERVE**

and

**UKNOWN DEFENDANT(S)**                                         **SERVE**
   Defendant(s),

and

**DONALD JOHN TRUMP**                                           **SERVE**
Personally and as President of the United States of America;
as a Necessary and indispensable party;

and

**THE UNITED STATES OF AMERICA**                               **SERVE**
   As a Necessary Party,
_____/


  **Now comes Plaintiff,** James S. Faller II (Faller,[1]) and for his Complaint states as follows:

All acts complained of took place within the jurisdiction of this Court.

_____

[1] To make this complaint more legible, Plaintiff James S. Faller II has referred to himself in a third person "Faller". This is intentional to aid in clarity and not for any other purpose.

## JURISDICTION

1.) This controversy and Bivens Action involves 42 U.S.C.A. Section 1983 (deprivation of civil rights); 42 U.S.C.A. Section 1985 (Conspiracy to interfere with civil rights) 28 U.S.C. Sections 2201-2202 (declaratory judgment action); 28 U.S.C. Section 1331 (federal question); 28 U.S.C. Section 1343 (civil rights); 42 U.S.C. Section 1986 (Action for neglect to prevent); 42 U.S.C. Section 1982 (Property rights of citizens); 42 U.S.C. Section 1981 (Equal rights under the law (also see *Reverse Incorporation Doctrine of the Fourteenth Amendment* [347 U.S. 497 (1954)]); As described herein each Defendant is an agent for each other in the Bivens violations as federal and state actors and other violations in violation of 18 U.S.C.A. Section 1961, *et al.*

2.) This Court has original jurisdiction over the (i) federal question claims under 28 U.S.C. Section 1331; (ii) and civil rights claims under 28 U.S.C. Section 1343; and 28 U.S.C. Section 1332 (a) (1) Diversity, as hereinafter more fully appears.

3.) Plaintiffs First, Fourth, Fifth, Sixth, Seventh, Eighth, Twelfth, Fourteenth and Fifteenth amendment rights were violated.

4.) All Defendants are conducting criminal activities as defined by United States Code as further described herein and all are doing business and affect the culture and societal environment within the State of Georgia, in the Southern District of Georgia and this court has personal and official jurisdiction over these Defendants.

5.) This Complaint alleges damages which can be reasonably calculated far in excess of the minimum jurisdictional limits of this court.

6.) Venue as to each of the Defendants is appropriate under 28 U.S.C. Section 1391(b) (1) (as a judicial district where any Defendant resides) and 28 U.S.C. Section 1391(b) (2) (a

judicial district in which a substantial part of the events giving rise to the claim occurred).

7.) This Complaint also arises from the criminal activity of Defendants Pelosi, Schiff, Schumer, Nadler, Ocasio-Cortez, Tlaib, Omar, Unknown Defendants and the Deep State individually, collectively, jointly and severally, involving violations of United States Code, Title 18 United States Code 96, § 1962 (a), (b), (c) and (d) **RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO).**

8.) This Complaint involves acts defined in United States Code, Title 18 United States Code § 1510 (relating to obstruction of criminal investigations); 18 United States Code § 1511 (relating to the obstruction of State and Local law enforcement); 18 United States Code § 1512 (relating to tampering with a witness, victim or informant); 18 United States Code § 1513 (relating to retaliating against a witness, victim or an informant); 18 United States Code § 1951 (relating to interstate commerce, robbery or extortion). This Complaint involves acts defined in United States Code, Title 18 United States Code § 1958 (relating to interstate commerce); 18 United States Code § 242 (Deprivation of rights under color of law); 18 United States Code § 241 (Conspiracy against rights); 18 United States Code § 871 (Threats against the President and successors to the Presidency); 18 United States Code § 875 (Interstate communications); 18 United States Code § 245 (Federally protected activities); 18 United States Code § 953 (Logan Act); 18 United States Code § 1341 (Mail and Wire Fraud)

9.) This Complaint involves acts defined in United States Code, Title 18 United States Code § 1581 (relating to involuntary servitude.)

10.) This Court has jurisdiction pursuant to United States Code, Title 18 Chapter 96 § 1964 (a) and (c).

11.) This Court is proper venue pursuant to United States Code, Title 18 Chapter 96, § 1965 (a), (b), (c) and (d).

12.) Venue as to the Defendants is appropriate under 28 U.S.C. § 1391(b) (1) (as a judicial district where any Defendant resides) and 28 U.S.C. § 1391(b) (2) (a judicial district in which a substantial part of the events giving rise to the claim occurred).

13.) This complaint also involves allegations pursuant to the false claims act against the Defendants pursuant to 31 U.S. Code § 3729

14.) This Complaint also contains as part and parcel a 28 U.S.C. § 2241 Habeas Corpus consideration with Jurisdiction of an inmate wherever that inmate is held.

15.) This Complaint also seeks a Special Grand Jury pursuant to 18 U.S.C. § 3331(a) and; 18 U.S.C. § 3332 (a) & (b).

16.) This matter will involve matters of state corruption and removal pursuant to 28 U.S.C. § 1443.

## VENUE

### 28 U.S. Code § 1391. Venue generally

(a) APPLICABILITY OF SECTION.—Except as otherwise provided by law—

(1) this section shall govern the venue of all civil actions brought in district courts of the United States; and

(2) the proper venue for a civil action shall be determined without regard to whether the action is local or transitory in nature.

(b) VENUE IN GENERAL.—A civil action may be brought in—

**(2)** a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

**(c) RESIDENCY.**—For all venue purposes—

**(3)** a defendant not resident in the United States may be sued in any judicial district, and the joinder of such a defendant shall be disregarded in determining where the action may be brought with respect to other defendants.

**(e) ACTIONS WHERE DEFENDANT IS OFFICER OR EMPLOYEE OF THE UNITED STATES.**—

**(1) IN GENERAL.**—

A civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may, except as otherwise provided by law, be brought in any judicial district in which (A) a defendant in the action resides, (B) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (C) the plaintiff resides if no real property is involved in the action. Additional persons may be joined as parties to any such action in accordance with the Federal Rules of Civil Procedure and with such other venue requirements as would be applicable if the United States or one of its officers, employees, or agencies were not a party.

The instant action involved substantial and heinous acts by the Defendants against the Plaintiff, *et al.,* in Columbia County, Georgia and multiple areas around the United States and other countries. Those actions in this Court's direct jurisdiction involve the death of (2) two of the Plaintiff's children and other acts causing a direct loss of more than $1.8 Billion Dollars to the Plaintiff.

## PREAMBLE

The former Governor of Arkansas, Mike Huckabee asked a question; *"if they can do this to a sitting President, what can they do to an ordinary citizen?"*

# Answer:

- Destroy your reputation.

- Cause the rape of your 4 year old child.

- Cause the death of (2) two of your children.

- Raid your home and offices (3) three times.

- Indict you in both state and federal courts (6) six times.

- Indict your wife.

- Keep the false charges (indictments) intact for more than (22) twenty-two years.

- Make attempts on your life.

- Encourage criminals to attack you and then protect them.

- Falsely convict you.

- Hold you in prison multiple times.

- Remove all constitutional rights and protections.

- Rob you.

- Invade your home.

- Steal your vehicle.

- Hold Kangaroo Court proceedings.

- Create bogus judgments.

- Tamper with Juries.

- Tamper with witnesses.

- Kidnap witnesses.

- Steal your evidence.

- Deprive you of Constitutional protections.

- Take your home without any due process.

- Prevent you from having competent (or any) Legal Counsel.

- Engage in wire and mail fraud against you.

## MANNER and MEANS

The Defendants have engaged in a pattern of conduct which has caused a culture of Constitutional vacancy in the lives of Americans and even the leaders who are outside of the Deep State, resulting in a total state of lawlessness. The Defendants regularly engage in witness tampering, jury tampering, blocking access to Grand Juries, manufacturing evidence, electronic eavesdropping, destruction of evidence, witness intimidation, killing witnesses, kidnapping witnesses, refusal to honor or comply with laws and court orders, threatening Judges, using false charges to intimidate or neutralize innocent parties, suborning perjury, direct perjury, withholding evidence, using child protective services and child custody to intimidate witnesses, allowing crimes to harm the Plaintiff and their targets, profiteering from false convictions, holding kangaroo court proceedings, illegal searches and seizures, violations of attorney-client privilege, obtaining search warrants by perjury and complete defilement of the United States Constitution and the applicable State Constitution. In addition to all of this, the Defendants have continued to engage in an act of wholesale Sedition against the United States and its citizens, including and especially, the Plaintiff (Faller).

The results of such obvious are no longer deniable. The continuous pattern of misconduct has literally strangled the cherished American society, depressed large portions of the populous and promoted widespread use of "prescription drugs" in epidemic proportions, for which the Defendants have enabled, promoted and profited from.

All of these conducts are further outlined below and would not be possible but for the culture that was created by these defendants using willful violations of the current laws and regulations, with impunity. These acts, if left unpunished will serve to be one of the most obvious and blatant violations of our society and democracy, causing a total undermining of confidence in the Judicial system and an evolving break down in society. The simple fact is, our incredible Country has become wrought with political prosecutions, political obstructionists, criminal cover-ups, all resulting from a total state of lawlessness, including massive abuse of power by Deep State Federal and State Judges to aid the corrupt culture against the Plaintiff and the United States, for the purposes of personal enrichment and power grabbing by the Defendants.

The United States Supreme Court held in *Olmstead v. United States*, 277 US 438 - Supreme Court 1928 (This finding was cited in a multitude of cases all the way into the present)

*"Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our Government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that in the*

*administration of the criminal law the end justifies the means — to declare that the Government may commit crimes in order to secure the conviction of a private criminal — would bring terrible retribution. Against that pernicious doctrine this Court should resolutely set its face."*

The purpose of this Complaint is to demonstrate how a *Whistleblower* became an innocent, criminal defendant and a victim of the knowing wrongs committed against the accused, with the specific, unchecked intent to *"Win at All Cost"* by the Defendants to conceal their crimes. This Complaint seeks to cause the enforcement of largely ignored laws and to create a true, independent remedy for the Plaintiff and those wronged by the system, as has been done to the instant Plaintiff by the instant Defendants. This Complaint also seeks to injunct and prohibit further theft and harassment of the Plaintiff as well as to force a true objective investigation into the criminal acts of the Defendants and unknown participants. Plaintiff **Faller** has now been falsely charged (6) six times and held under indictment for more than (22) twenty-two years, *a world record.*

At no time in history have the perpetrators of these crimes become so publicly blatant as they have since the 2016 election of President Trump. The reasons are very clear, especially when coupled with the actions taken against the instant Plaintiff and the other example cases enclosed herein. As the instant Complaint details, Faller and the example cases all involve political persecutions. All of the cases involve specific and intentional defilement of the United States Constitution. All of the mentioned cases directly assimilate to like and kind actions that we are now seeing as a nation against President Trump and ANY official or citizen who attempts to impede the criminal acts of the Defendants and their associates. Simply put, the Defendants have literally weaponized the entirety of the Judicial System and the oversight committees of the

legislative systems to attack *Whistleblowers* and to commit crimes and wholesale Sedition and Treason against the United States and its citizens.

## PLAINTIFF

1.) Plaintiff **James Faller II (Faller)**, is located in the Southern District of Georgia. Faller is a practicing *Autodidact lawyer*, having practiced in multiple Courts across the United States, other nations and at the United States Supreme Court. Faller became a *Whistleblower* in or about 1993 exposing criminal activities of money laundering and illegal funding of a terrorist organization by the highest officials, including support thereto of some of the instant Defendants. Faller began his investigation of the illegal actions when he discovered his employer was defrauding funds from clients. During Faller's investigation of his employer, Faller discovered that his employer's Luxembourg Office was involved in the laundering of billions of United States Dollars and other currency within *Clearstream*.[2] Faller connected the dots and learned that the laundering did not end in Luxembourg and that many of the members of the Deep State were sending money to Panama. Faller further discovered that [t]he employer was providing funds to the PKK, a Turkish terrorist organization on behalf of unknown Deep State

---

[2] Clearstream was a Luxembourg financial entity that had Regis Hempel as the CEO. Faller worked with Hempel in the company's Tampa, Florida IBSA office. Faller blew the whistle on IBSA and its owner, Canadian national Richard Adam. Régis Hempel, a computer programmer who worked for Clearstream, informed Faller that some dormant accounts were activated for special transactions. Such an account can be opened in the morning, used for a transaction, and closed to appear as delisted in the evening, Hempel and his associate explained that only the guy who gave the order to open it in the morning knows about the transaction. An investigator or auditor would not look at such an account because it doesn't appear on the accounts list. Oddly, Hempel was brought to the United States by the government to provide false testimony against Faller during his trial in the SDFL matter.

Published information after Faller blew the whistle "Hempel also claims that Clearstream erased the records of some transfers. In testimony before the French National Assembly's financial crimes committee last year, he explained that a computer system had been developed to wipe out the traces of transactions in non-published accounts. When a bank wanted to carry out such a transaction, Hempel testified, it simply contacted a Cedel staff person. "We made a 'hard coding' in the program and corrected the instruction that was going to come," he explained. "[An instruction could be] a purchase, a sale, a movement of funds or a security. We made it disappear, or we put it on another account. Then, when all was finished, we put back the old program and removed the exception. It was not seen or known."

officials, which is detailed in a letter written by an attorney for Faller to United States Attorney, Alberto Gonzales (attached at Exhibit 1.)

## DEFENDANTS

**Nancy Patricia Pelosi** is a United States Congresswoman from the 12th Congressional District of California, who is the Speaker of the United States House of Congress. She is also the *Official Boss and Capo di tutti capi*[3] in the organized crime enterprise. She resides and acts in multiple residences in multiple jurisdictions. Pelosi is the leader in fact of the organized criminal acts and organization that is going on, *ex parte, ex rel* and a partisan actor who acts outside of her role as a congresswoman in illegal acts and thus uses her official position as a protection mechanism for the heinous and criminal acts against the United States and the Plaintiff. Pelosi decides and directs all of the activities of the Defendants in their illegal acts within their organization. Pelosi is a master propagandist and disruptor for the criminal enterprise. The actions of ALL of the Defendants involve, *inter alia*, transnational, national and local groupings of highly centralized enterprises run by associated criminals to engage in illegal activity, most commonly for profit. Some of these criminal organizations, such as associated terrorist groups, are politically motivated. (See organizational chart below (pg. 17) in Deep State Defendant.)

**Adam Bennett Schiff** is a United States Congressman of the 28th Congressional District of California and a former Federal Prosecutor with substantial training and experience in legal prosecutions. Schiff is also the *Acting Boss and Consigliere* of the organized criminal enterprise who acts in both his professional and personal capacities, outside any valid duty as a congressmen. Schiff resides and acts in many residences in multiple jurisdictions. Schiff is the engineer and chief schemer, second in charge to Pelosi in the creation of extortion, frauds,

---

[3] Each Defendant has a specific role in the organized crime enterprise for the specific purpose of power grabbing and personal enrichment. The organization is more organized than the (5) five known crime families and are structured much the same.

intimidations, protection rackets, *inter alia*. (See also organizational description below in Deep State Defendant.)

**Charles Ellis Schumer** is a United States Senator from New York and the minority leader of the United States Senate. Schumer is also a *Co-Underboss and Capo* in the organized crime enterprise. Schumer resides and acts in many residences in multiple jurisdictions. Schumer's actions involve acts outside of his role as a congressman however; he uses his official position to enable his criminal acts. Schumer is an enforcer of the organization, using political and monetary artifices to control and subdue opposition. Schumer also conspires with the other named and unnamed Defendants to concoct schemes to subdue and silence opposition to the core purposes of the seditious and treasonist acts of the organization. (See also organizational description below in Deep State Defendant.)

**Jerrold Lewis Nadler** is a United States Congressman of the 10th District of New York. Nadler is also a *Co-Underboss and Cafone* in the organized crime enterprise. Nadler is currently the Chairman of the House Judiciary Committee. Nadler resides in many residences and acts in multiple jurisdictions. Nadler is an organizational subordinate to Pelosi, Schiff and Schumer, who uses his position to silence witnesses through acts of sedition such as coercion, intimidation, obstruction of official processes and imitating official proceedings, *inter alia*. Nadler's acts are within and outside his position as a congressman. Nadler is a willing, yet lesser competent co-conspirator with the other defendants to terminate the Constitution of the United States of America and to deprive the public at large, including the Plaintiff of the rights, guaranteed in the protections our nation has shed blood to protect. Nadler is a cover-up master who has acted, as with the others, with impunity. Nadler acts within the direction of the organization. (See also organizational description below in Deep State Defendant.)

**Alexandria Ocasio-Cortez** is a United States Congresswoman from New York's 14th Congressional District. Cortez is a *Co-Up-Front Panelist* of the organized crime enterprise, acting outside her duties as a congresswoman and at times within for the purpose of enabling her criminal acts. Cortez resides and acts in many residences in multiple jurisdictions. Cortez is an actor in the enterprise with the specific purpose and intent of causing disruption, propaganda and racial divide. Cortez has directly used her position to further the illegal activity of the organization through threats, coercion, extortion and bribery. Cortez is a willing, yet lesser competent co-conspirator with the other defendants to terminate the Constitution of the United States of America and to deprive the public at large, including the Plaintiff of the rights, guaranteed in the protections our nation has shed blood to protect. Cortez is a cover-up master who has acted, as with the others, with impunity. Cortez acts within the direction of the organization. (See also organizational description below in Deep State Defendant.)

**Rashid Harbi Tlaib** is a United States Congresswoman from Michigan's 13th District. Tlaib is a *Co-Up-Front Panelist* of the organized crime enterprise, acting outside her duties as a congresswoman and at times within for the purpose of enabling her criminal acts. Tlaib resides and acts in many residences in multiple jurisdictions. Tlaib is an actor in the enterprise with the specific purpose and intent of causing disruption, propaganda and racial divide. Tlaib has directly used her position to further the illegal activity of the organization through threats, coercion, extortion and bribery. Tlaib is a willing, yet lesser competent co-conspirator with the other defendants to terminate the Constitution of the United States of America and to deprive the public at large, including the Plaintiff of the rights, guaranteed in the protections our nation has shed blood to protect. Tlaib is a cover-up master who has acted, as with the others, with

impunity. Tlaib acts within the direction of the organization. (See also organizational description below in Deep State Defendant.)

**Ilhan Abdullahi Omar** is a United States Congresswoman for the 5th District of Minnesota. Omar is a *Co-Up-Front Panelist* of the organized crime enterprise, acting outside her duties as a congresswoman and at times within for the purpose of enabling her criminal acts. Omar resides and acts in many residences in multiple jurisdictions. Omar is an actor in the enterprise with the specific purpose and intent of causing disruption, propaganda and racial divide. Omar has directly used her position to further the illegal activity of the organization through threats, coercion, extortion and bribery. Omar is a willing, yet lesser competent co-conspirator with the other defendants to terminate the Constitution of the United States of America and to deprive the public at large, including the Plaintiff of the rights, guaranteed in the protections our nation has shed blood to protect. Omar is a cover-up master who has acted, as with the others, with impunity. Omar acts within the direction of the organization. (See also organizational description below in Deep State Defendant.)

**The Deep State** is a loosely affiliated, yet organized group of bi-partisan existence with the specific purpose and intent to steal, kill and destroy the United States of America, through slow sedition and slow acts of treason which Thomas Jefferson warned of; *"Experience hath shewn, that even under the best forms of government those entrusted with power have, in time, and by slow operations, perverted it into tyranny."* The Deep State utilizes individuals in positions of power and office to extort, coerce, bribe, silence, falsely imprison and if necessary, kill their adversaries. One of its most lethal devices used by these Defendants is scheming to silence opposition, via false and malicious persecutions against United States citizens, the President of the United States, Donald John Trump and the Plaintiff. The catch all tool of the

Deep State's intentions is to *white wash* all proof and evidence through abundant acts of the above named Defendants, *et al.* The Deep State and its affiliates has been in existence for more than (30) thirty years with a specific purpose, including but not limited to; Frauds (Mail and Wire), Extortions, Intimidations, Sedition, Treason, Theft, Protection Rackets, Money-Laundering, Drug Trafficking, Human Trafficking, Alien Smuggling, Terrorism, Influence Peddling, Obstruction of Justice, *inter alia*, for the specific purposes of personal, unjust enrichment and obtaining power and control over the citizens of the United States and Plaintiff.

**Donald John Trump** is the duly elected President of the United States of America by the will of the Citizens of our great nation. During his campaign, President Trump vowed he would drain the swamp, disrupt and remove corruption within the United States Government and President Trump vowed he would return the rights of the Constitution of the United States of America to the people. The very day President Trump took office, the Deep State, perhaps for the first time in history, became public in their efforts, fearing nothing. As a result, all Hell has broken loose!

# THE DEEP STATE CRIMINAL ORGANIZATION



## Purpose of the Conspiracy

To silence Faller, the environments created by the Defendants were used to cause Faller to be falsely charged in 1997 for money laundering, wire fraud and mail fraud. Faller was falsely convicted in the Southern District of Florida ("SDFL")  [*USA v. Adam, et al.,* 97-6063-CR-Ryskamp] through acts by a Special Prosecutor brought in to silence Faller. This "Special Prosecutor" was brought in from the *Office of Intelligence Policy Review* to take over the case when Faller began fighting the false charges from jail. Following a (2) two week trial, the SDFL Court refused to sentence Faller (4) four times, the government actors, working in the environment of Constitutional absence, caused the State of Kentucky to falsely charge Faller in multiple indictments, including indicting his wife, once. After more than (8) eight years, Faller finally was able to get (3) three of the (4) four state indictments dismissed. However; the wrongful conviction in the Southern District of Florida remains[4]. The SDFL Court allowed the government to destroy the case files, the restitution against Faller was dismissed and the Court stated in the record *that he believed Faller was a victim.* During the process of the SDFL case, Faller was arrested by the FBI on false allegations (4) four times, all in the case in SDFL.

In a final attempt to have Faller silenced by arrest, Faller was indicted for witness tampering in July 2006 by the false testimony of the local chief of police in Kentucky. When it was revealed that Faller had recorded every single conversation with the "witness," the case went stagnant and has remained pending since that time[5]. This is detailed later herein.

Faller became a recognized expert in discovering and fighting corruption. Faller worked as the founder of civil rights organization, USJusticeWatch as an *Autodidact Lawyer*, working for (2) two judges and a multitude of lawyers and the government. Faller's business was assisting

---

[4] Faller is currently a world record holder of being under indictment longer than anyone. (22 years and 7 months.)
[5] Hearings were held in Kentucky where the Commonwealth Attorney testified that his office brought charges against Faller at the request of the Assistant United States Attorney in the Southern District of Florida. (See ex. 2)

attorneys in civil and criminal defense and prosecutions, specifically dealing with wrongful prosecutions and public corruption. Faller has successfully caused prosecutions and or termination of various, corrupt prosecutors, officers and agents, including assistance to the United States in prosecuting former Kentucky Circuit Judge, R. Cletus Maricle. Faller was informed Maricle was planning on having Faller murdered to silence Faller about a series of serious crimes Faller had uncovered in a Kentucky version of a Racketeering Organization[6].

In 2010 Deep State participant Eric Holder was contacted by a Louisville Kentucky civil rights group, *"The Voices of Louisville"* who traveled to Washington DC from Louisville, Kentucky concerning the forcible rape of a woman (case overview *Infra.*) Karen Sypher was raped by a world famous basketball coach, Rick Pitino and forced to have an abortion. The Civil Rights group advised Holder that Karen Sypher was raped by Pitino, forced to have an abortion and to cover it up the FBI charged and falsely convicted her, even involving her own attorney to secure the conviction. Holder recommended that the civil rights group locate the instant Plaintiff (James Faller) who would know what to do. Faller does not know nor would he associate with Holder. (See also exhibit 3, letter of Bishop Dennis V. Lyons.)

Faller accepted the case and held a national press conference in or about November 2010. Three (3) days after the press conference, the government weaponized the IRS who appeared at Faller's home and office with some twenty (20), heavily armed agents using a search warrant that was obtained by the knowing use of perjury and assistance of the local chief of police.

Faller was falsely charged in 2013 by a Federal Grand Jury for various tax evasion charges. Faller went to trial in June of 2015. Faller was convicted of ten (10) of (11) eleven counts, after the presiding Judge introduced knowingly false testimony on behalf of a key

---

[6] During Maricle's Federal trial, Faller and his office provided substantial assistance to the FBI SAC which was used to successfully cross examine Maricle. Maricle was convicted of numerous racketeering acts and sentenced to 26.5 years for his crimes. (Maricle's conviction was overturned and he pled guilty to 5 years after the case agent died.)

prosecution witness. Then state officials (the local chief of police), working with the IRS, abducted a key defense witness who was prepared to testify she was present when the planning meetings took place to frame Faller. This witness was the office manager of the local police department where Faller lived.

Faller has discovered, exposed and or stopped numerous ongoing crimes that could not have occurred but for the conduct of the instant Defendants, including but not limited to;

- Burglaries
- Civil Rights Violations
- Drug Trafficking
- Electronic Warfare
- Embezzlement
- Extortion
- False Swearing
- Illegal Dissemination of Sealed Court Proceedings
- Illegal Law Enforcement
- Influence Peddling
- Jury Tampering
- Money Laundering
- Perjury
- Political Office Influence Being Sold
- Protection Racket
- Sexual Assault
- Sex offenders

- Sex trafficking

- Witness Tampering/Intimidation/Retaliation

- Funding Terrorists

- Criminal Enterprises

As it pertains to the instant Defendants, Faller has exposed an active participant and actions in international arms deals, drug trafficking, human trafficking, illegal finding of the PKK (Kurdistan Workers Party), Clearstream/Cedel-Euro-Clear money laundering and the Panama Papers. When a Whistleblower learns of criminal activity of the Defendants these Defendants will stop at nothing to silence the *First Amendment Rights* of the Whistleblower. (See also exhibit1.)

As is the case with President Trump, in his quest to *"drain the swamp,"* the Defendants first attacked him in Federal venues, including lawsuits and indictments of persons with close proximity to the President in clear efforts to coerce, knowingly false testimony against President Trump. Faller dealt with much the same in multiple cases. The tactics include, *inter alia*, using prepared perjury, judicial coercion, manufacturing evidence, entrapment, widespread propaganda and a host of other criminal tactics. In Faller's case, they even kidnapped a witness and manipulated a federal judge into complicity of promulgating known perjury to a jury. In like and kind methods to the Trump matters, the Deep State actors created a fearless culture of impunity, allowing unchecked perjury, false swearing and rubber stamp search warrants. Many times those warrants are issued on the false statements of persons involved in crimes against the target against the search warrant. Perhaps worst of all of the Deep State is their wrongful use of sentencing enhancements, immunities and dramatically reduced sentences promulgated under

sentencing guideline §5k1[7], which is a virtual extortion tool to coerce knowingly false testimony against a defendant by others. *Silence is a scary sound.*

As is being exposed as this complaint is being written, there is NO accountability to anyone who works to assist or not resist the Deep State, even when they have committed crimes as serious as treason and sedition against the United States and the President of the United States. The Deep State went to work immediately upon knowledge that Donald John Trump would not be a player in their organization, just as they did to the instant Plaintiff. In the instant Plaintiff's situation the Deep State and its operatives caused the rape of Faller's then (4) year old, caused the death of (2) two other children, indicted Faller (6) six times, held him in prison (4) four times and destroyed over $1.8 Billion Dollars in corporate entities of the Plaintiff's. The main Corporation in Augusta, Georgia was destroyed. Like President Trump, the Deep State culture traversed the world to harm and stop Faller. On at least (2) two occasions the Deep State culture, as detailed more fully below, employed or allowed assassins to try and take the life of Faller. In one instance (detailed below) a sitting Judge schemed to have Faller killed.

In President Trump's situation, world famous individuals went unpunished for making public threats to harm or kill him and his family; Actor Peter Fonda prompted an outraged reaction on 20 June 2018, when he suggested in a tweet that he and other opponents of President Donald Trump's *"zero-tolerance"* immigration policy should kidnap Trump's 12-year-old son (child) and *"put him in a cage with pedophiles."* Madonna publicly stated *"thought an awful lot about blowing up the White House."* Another public figure - Maria Chappelle-Nadal, a Democrat state senator from Missouri, made the remarks on her personal Facebook *"I hope Trump is assassinated!"* in response to a post suggesting Vice President Mike Pence would try to oust Mr.

---

[7] A "5K" or a "5K motion" in the federal system is a motion filed under Section 5k1.1 of the United States Sentencing Guidelines, requesting a sentence below the guidelines based on substantial assistance by the defendant.

Trump from the Oval Office. Democratic Representative Maxine Waters's call to *"take Trump out"* was the sort of talk that *"leads to assassination attempts on Republican lawmakers."* Waters, who represents California, said that *"I will go and take Trump out tonight"* during an event in New York City earlier this month. Yet another "A-lister" Johnny Depp is an American entertainment figure to suggest, ironically or obliquely — the killing of President Trump. As Mike Huckaby asked, *"what would they do to an ordinary citizen?"* - the Deep State actually attempts the assassination and they accomplish much irreparable damage.

As is detailed below, Faller, like President Trump, has been targeted and run through kangaroo court proceedings. In President Trump's situation vast resources and public pressure eventually stopped many, but not all of the Deep State culture from doing to President Trump what they did to Faller. In Faller's situation judge's participated and encouraged bar complaints and in some instances sanctioned everyone with fines, including other lawyers helping Faller.

Because the Deep State crosses all lines (Federal, States, International,) the Deep State actors who were trying to silence Faller failed,,,, just like they have with President Trump. Now, their latest and greatest efforts involve the use of impeachment proceedings. As the world watched the sham proceedings (impeachment) unravel at the hands of the above named Defendants, the farcical nature of each daily proceeding progressed the level of defilement of our Constitution. As with Faller, the Judge would introduce knowingly false testimony for a witness or withhold material evidence, Chairman(s) Schiff and Nadler engaged in a like and kind depravation of valid process. As Faller exposed a multitude of crimes by Deep State actors, some now known to be the above named Defendants, President Trump is a clear and present danger to the Deep State's existence, already exposing a multitude of crimes and corruption and recruiting truly honorable government officials to combat the corruption and ultimately, the Deep State.

## THE FIRST WHISTLE

Faller was working for a Canadian National in a loan office in Tampa, Florida named Richard Armand Adam. After (9) nine months of employment, Faller became suspicious of Adam, hiring a Detective and a Lawyer to investigate Adam. At the same time in August of 1993, Faller traveled to Luxembourg and spent (5) five weeks with Adam and his staff, including Regis Hempel.

During Faller's stay in Luxembourg, Faller learned from Hempel that Hempel was the Director of Cedel Trading/Euroclear. Hempel informed Faller that he had created a special software that was used by governments for covert monetary transactions and that it was also used by powerful political individuals. The essence is that billions of dollars were transferred and the special program completely deleted any record of the transaction. Hempel specifically informed Faller that most of the politicians involved United States officials, including the new president (Clinton) to and from Russia. Later, it came out that the same politicians and the Deep State were sending large amounts of money to Panama for concealment. This became known as the "Panama Papers" and was a trickle down of Faller blowing the whistle.

After Faller's return to the United States on or about September 1993 to the United States Faller, his lawyer and detective went to the state of Florida authorities and turned Adam in.

In late 1993 Faller moved to France and had operated an office in Genève, Switzerland. Immediately a British National (a known member of the IRA), Mike Beasley began harassing Faller which progressed to Beasley appearing with a member of the Israeli Mossad, (heavily armed) with the intention of assassinating Faller. In London, Beasley attempted yet another assassination of Faller. Faller hired Counsel in England, hoping to get help with Beasley. Faller was advised by Scotland Yard that Beasley works for the FBI and nothing can be done about [it].

In or about 1994 Faller was awarded sole custody of his (3) three daughters who were ages (3) three, (7) seven and (11) eleven because Faller's estranged wife was living with a known pedophile.

In or about early 1995 the SDFL Deep State had attempted to indict Faller (3) three times, but failed. The FBI case agent approached Faller's estranged wife's lawyer and made a deal to appear at an emergency custody hearing in St Petersburg, Florida in exchange for false information for the Grand Jury. The FBI agent held up his part of the deal. The agent appeared and spent approximately (2) two hours with the Judge, alone in chambers before the hearing. As a result, the Judge reversed the custody and sent the Faller children directly in harm's way of the pedophile. (60) Sixty days later, a hearing was held. All that was revealed to the Judge in secret was proven to be a lie. Consistent with the FISA situation, nothing was done to the agent however; the (4) four year old child had been raped by the pedophile. The state refused to prosecute the pedophile due to the Federal prosecutor asking the State of Ohio Officials not to prosecute the pedophile. As a result of the actions of the FBI agent, Faller had to move back to the United States with the children to retain sole custody.

In late 1995 Faller returned to the United States and moved to Augusta, Georgia.

During Faller's business in Geneve, Faller's company invested $1,000,000.00 in a company in Nevada that turned out to be a scam. This company was being assisted by Beasley and the FBI case agent. As time progressed, despite the fact that Faller invested $1,000,000.00 in the company, the case agent assisted the company in getting a multimillion dollar judgment against Faller when Faller refused to drop his suit to recover the money after the agent destroyed GlobalNet (see *infra*.)

Faller began a new life in Augusta, Georgia with a new wife. His first child with his new wife was conceived and Faller began investing in a new technology known as the Internet. Faller formed GlobalNet and quickly grew to (268) two-hundred and sixty-eight offices around the United States.

Upon return home one afternoon, Faller observed a car in front of his home, taking photos. Faller chased down the car and cornered the vehicle, demanding to know who was in the vehicle. After a short period the driver identified himself as an FBI agent. Faller invited the agent back to his home and invited the agent to search anything he wished. Within an hour the entire home was searched by more than (10) ten FBI agents. The agents took Faller's computer (never to be seen again, except altered content, see *Infra*.)

A Grand Jury in the SDFL continued to refuse to indict Faller. During the next (2) two years the Deep State weaponized the SEC to sue Faller for miniscule amounts. Based on the bad advice of counsel, Faller agreed to pay the SEC $9,000.00 and to an agreed order that prohibited Faller from making any inside trade deals. (The order did not allege Faller traded inside.)

On or about March 1997, using the SEC order and other knowingly false testimony, Faller was falsely charged by a Grand Jury in a sealed indictment along with Adam and (6) six others for wire and mail fraud and money-laundering [*United States v. Richard Armand Adam, et al.,* 97-6063-CR-Ryskamp]. Faller was listed as culpable for ($2,632.18) Two-Thousand-Six-Hundred-Thirty-Two Dollars and Eighteen cents. As is the current Impeachment, the proceeding and information was a sham.

In the summer of 1997 the case agent of the FBI contacted Faller and his lawyer and informed them that *"If Faller will pay me enough money, I will go away. If not, I will destroy*

*him.[8]"* When Faller refused to acquiesce to the agent's demands, the FBI agent went to all of Faller's banks, contacted his staff members and told all of them that dealing with Faller would get them destroyed. GlobalNet, the largest ISP at the time, was destroyed within (30) thirty days by the same kind of propaganda, threats and false claims that the Deep State has made such an effective weapon against President Trump.

On August 22nd, 1997 the FBI arrested Faller at his home in Augusta, Georgia. Faller was taken before the United States Magistrate Judge in Augusta and the FBI case agent gave testimony that was replete with perjury and misleading testimony. As in the Impeachment and other recent hearings, *i.e.,* Kavanaugh hearings, perjury on behalf of the Deep State is with *impunity.* Faller's wife was (7) seven months pregnant at the time of his arrest.

Faller was removed via a process we saw in regards to Paul Manafort, known as *diesel therapy[9].*

During Faller's initial detention, the FBI agent harassed Faller's pregnant wife, including working with Beasley to make calls threatening to rape and murder her and cut the baby from her stomach. Faller's wife went to the local FBI in Augusta seeking help. Instead of helping her, they forced her to provide handwriting samples and stole her vehicle. Suddenly, an agent appeared and took Faller's wife to the vehicle. It was later discovered that the vehicle had multiple tracking and listening devices placed within its interior.

Faller remained in custody, held in the County Jail in West Palm Beach, Florida. Faller's lawyers went all the way to the 11th Circuit Court of Appeals seeking a bond hearing to gain

---

[8] Based upon the value of GlobalNet, Faller's estimated net worth exceeded $1.5 Billion Dollars.
[9] *"Diesel therapy"* usually involves being placed in a bus, car, aircraft and transported all over the country, chained up, not fed regular food, no access to toilets, medical or ordinary hygiene. It can also involve being locked in the Special Housing Unit "SHU" to break you down, obstruct contact with lawyers and mental torture.

Faller's release. The Order entered from Augusta was so damning, based entirely on perjured testimony, Faller was denied even a hearing.

In or about April of 1998, Faller wrote (2) two separate letters to the Court in SDFL, alleging the case agent was a calculated, conscious liar, who had stolen his car, broken into his home and caused his daughter to be sexually assaulted. As a result, the Court in SDFL held (6) six days of hearings, at which time, Faller was released, specifically finding the agent misled the Court as Faller alleged. During the hearings it was also discovered that the FBI case agent tampered with Faller's seized computer and attempted to place false evidence within the computer to incriminate Faller. The effort backfired. The Court's release Order was a disgrace in protecting an evil agent. It was at the beginning these hearings that a new, special prosecutor was appointed who was transferred specifically to prosecute Faller's SDFL case from the *Office of Intelligence Policy Review*, in Washington, DC named James G. McAdams, III. It was later discovered that McAdams personally supervised CIA information regarding the BCCI scandal in Luxembourg. BCCI [10]

Upon Faller's arrival home (on a leg monitor) Faller discovered that McAdams had been working with Beasley for a very long time.

A (2) two week sham trial was held in May of 2000. At the conclusion of the trial the Deep State prosecutor demanded Faller be held. The Court refused and stated he is not convinced of anything, including Faller's guilt.

Upon return home to Augusta, Faller wrote a package to every United States Senator and every United States Congressman detailing what had taken place and the sham trial that took

---

[10] Bank of Credit and Commerce International ("BCCI") Investigators in the United States and the UK revealed that BCCI had been "set up deliberately to avoid centralized regulatory review, and operated extensively in bank secrecy jurisdictions. Its affairs were extraordinarily complex. Its officers were sophisticated international bankers whose apparent objective was to keep their affairs secret, to commit fraud on a massive scale, and to avoid detection". John Kerry was involved in this, which Faller inadvertently blew the whistle on.

place. As a result, Congressman Charles Norwood and Senator Max Cleland demanded a bi-partisan investigation.

On or about August 15th, 2000 (2) two top agents from the Office of Professional Responsibility-FBI ("OPR") came from Washington DC and met with Faller, his wife and his (2) two attorneys over the misconduct and conviction by corruption. After a multi hour hearing the OPR-FBI agents stated, *"this is a terrible injustice, why hasn't the judge done something about it?"*

Seven (7) days after meeting the OPR-FBI agents, (on August 24th, 2000,) Faller exited his home, placed his (2) two year old son in his vehicle and walked to the end of the driveway. More than (15) fifteen agents rushed in and jumped Faller, wearing flak jackets, helmets and carrying shot-guns and machine guns. They took Faller on another diesel therapy tour to SDFL. At the hearing the prosecution presented an FBI 302 which stated, *"the Faller's denied all wrong doing by the FBI."* Obviously false.

During this time Faller's wife was pregnant for their twins. Faller's wife immediately began receiving calls from Beasley and the case agent where Beasley began again to make threats to rape and murder Faller's wife and cut the baby from her stomach. As in the past, the agent would call directly behind and tell Faller's wife, *"if you tell us where the money is, we will stop all this."* This time, there was a neighbor who was a credible witness who was directly present and witnessed the call. As a result, one of the unborn children of Faller's died.

As Faller was held in West Palm Beach County jail, again, Faller's friends and family began sending letters and affidavits to the presiding judge regarding the ongoing travesty of justice.

Faller was taken to sentencing on or about October 30th, 2000 at which time the Court expressed serious concern for the conduct of the government. The Court refused to sentence Faller.

A few days later the media called the Court and Faller was released by the U.S. Marshal Service with a warning, *"Be careful, lay low. They are really after you!"*

Faller arrived home to a pile of information from the media which revealed much of what was really going on.

### Whistle 2

The Canadian media produced a large quantity of files to Faller. The first part demonstrated that the main target of the indictment (Richard Armand Adam,) who was allegedly being held in Canadian jail, fighting extradition was actually still in Luxembourg working for the Deep State. In addition, Adam was a supplier of heavy weapons to many countries. In another cache of documents, Adam was a CIA Operative who was illegally supplying money to a terrorist organization, the PKK/Kurdistan Workers Party on behalf of the Deep State.

### Whistle 3

Faller began investigating the actions of his prior employer and discovered, inter-alia that Clearstream, invented by Regis Hempel was actually laundering money in the Billions of dollars for government officials, including top justice department officials.

In or about 2001 Faller moved to Russell Springs, Kentucky and almost immediately began being targeted by local authorities.

**2nd Case: 2002 <u>Commonwealth of Kentucky v. James Faller,</u>** 02-CR-00084; Russell Circuit Court, Indicted for cutting non-existent trees.

**The result**; The charges were dismissed after a year. The complaining witness was indicted for perjury, false swearing and burglary of Faller's home. The complaining witness and the Commonwealth Attorney testified that they were in constant contact with the SDFL AUSA McAdams and that the AUSA had asked the Commonwealth Attorney to *"find a way to charge Faller."* [11]

At or about July of 2003, Faller was notified from a lawyer in the SDFL that more than (50) fifty bankers boxes of files were discovered in South Florida that revealed Faller was in fact the largest victim in the case. McAdams moved heaven and earth to have Faller arrested.

3rd Case: 2003 **Commonwealth v. James and Tanya Faller**, 03-CR-00084-(01) & (02); Russell Circuit Court, Indicted for owing wages to individuals who never worked for the Fallers.

**The result**; The charges were dismissed in 2011 after pending for (8) eight years when a Special Prosecutor was appointed and he discovered witnesses never worked for the Fallers. In fact one witness was in a mental institution in Oklahoma when she claimed she worked for the Fallers in Oklahoma. The Commonwealth Attorney testified he was asked to *"find a way to charge Faller by the AUSA in SDFL."*

Again, for the fourth time, like Flynn and others in the Mueller debacle, Faller went to sentencing for a fourth time, this time to be sentenced to time served.

When this false set of charges came down Faller was re-arrested in December of 2003 for a bond violation based on the false charges. At the revocation hearing a SDFL magistrate stated she *"didn't care if McAdams was traveling to Kentucky to create the charges himself. Faller is going to jail."* In a later hearing in front of the same magistrate she was forced to admit she made

---

[11] The Commonwealth Attorney testified in an evidentiary hearing that his office was continually contacted by James G. McAdams III, the Assist United States Attorney from SDFL who was prosecuting the Adam case (#1 *Supra*) and that the calls were efforts and encouragement by McAdams asking the Commonwealth Attorney *"to find a way to charge Faller."*

an error in stating such things. In addition, it was revealed, as is with the President Trump matter where Paul Manafort was held in the SHU, McAdams concocted a scheme with an inmate to cause Faller to be locked in the SHU for (6) months while his appeal was pending.

As Faller was being held in the SHU, the main defendant Adam went to sentencing. The Court announced that he *"never believed Faller was guilty of anything and the Court now believed Faller was a victim."* Faller served out his time and was released.

In or about July of 2004 Faller returned to Kentucky and met Attorney J. Vincent Aprile, II who assisted Faller with a multitude of cases. In many of the cases, Faller practiced with Aprile as an advisor and investigator. Other cases Faller was on his own.

In or about 2005, Faller began representing a chain of pharmacies and learned that the police were running a drug trafficking entity with impunity. One of the key players was Kerry Harvey, who was the head of the Justice Cabinet in Kentucky. Faller discovered that Harvey was responsible for the illegal seizure of some $700,000.00 of Faller's client's money. Harvey was directly involved in the false prosecutions of Faller's client and helping protect the drug trafficking. As the Deep State deepened, they brought in the state again to try and bolster the rapidly dissolving SDFL case.

In or about 2006, it was discovered that the money Faller was charged and convicted of defrauding, laundering and using for his personal use was actually in the hands of the government all along. In fact, the presiding Deep State United States Attorney had converted approximately $400,000 of the victims money for personal use and was ordered to disgorge the money in a related bankruptcy proceeding.

Under Kentucky law, Faller began using a process known as *"Direct Submission"* to the state Grand Juries. Faller was able to stop several wrongful prosecutions and bring corrupt

officials to bar. As a result, the local Commonwealth Attorney threatened the Court and then blocked the door to the Grand Jury. Faller filed suit in United States District Court and was heard by District Judge Joseph H. McKinley. President Trump has publicly stated many times, *"the system is rigged!"* Amen!!!!!

McKinley entered an Order directing that the State of Kentucky law, allowing for direct submission to the Grand Jury by non-prosecutors is no longer allowed. This was Faller's first pass with Judge McKinley.

Faller created another remedy to deal with the local and state crimes. As an obstruction to Faller, the State of Kentucky Supreme Court entered an Order directing that any and all cases where Faller is involved in any capacity is to be assigned to Special Judge R. Cletus Maricle.

Again, Faller found a way to get the Grand Jury to hear the case of corruption, which involved McAdams coming to Kentucky to cause false charges against Faller and his wife. As with Grand Juries used by the Deep State environment, Faller was immediately accosted by the Deep State officials who tried to stop the process.

Faller noticed unusual Grand Jury activity with Cell phones so he issued a subpoena to AT&T for legal purposes, unlike Defendant Schiff's illicit spying on Representative Devin Nunes. Faller discovered that the targets of the Special Grand Jury and the Judge were eavesdropping on the Grand Jury through use of Cell Phones. In addition, Faller discovered that the local prosecution had ejected legitimate jurors and placed convicted drug traffickers and one person under charges on the Special Grand Jury. The Court was alerted that Faller obtained the phone records and was preparing to hold Faller in contempt of Court.

A hearing was held and the Court shut Faller down, stating he knew he could not hold Faller in contempt. A week later Faller was advised the Court changed his mind and that Faller

would be held in contempt and put in jail. (3) Three days before Faller would have reported to jail for contempt, the FBI contacted Faller, advising him that he did not have a state hearing that Saturday and that the FBI arrested the Judge for RICO violations and that the Special Judge had Faller on a hit list to be killed. Faller assisted the FBI in Maricle's prosecution, who was found guilty.

Once Maricle was no longer protecting the local drug racket and corrupt police, a witness came forward and gave a sworn statement regarding the local police chief and a state police detective threatening to murder him. As a result, Faller was again subjected to false charges.

**4th & 5th Case(s): 2006 Commonwealth v. James Faller,** Russell Circuit Court, 06-CR-00101 & 102; Indicted for witness tampering. As a member of a defense team, **(Commonwealth v. Leon Grider,** Russell County Circuit Court,) a witness gave a sworn statement to Faller that the local Chief of Police (Joe Michael Irvin) and a State Police Detective (Scott Hammond) would murder the witness and his girlfriend if they would not give false testimony against Faller's client. Irvin ran to a Grand Jury and caused Faller to be indicted. The AUSA in SDFL attempted to use these false charges to revoke Faller's appeal bond. When it came out that Faller had recordings of all meetings and conversations with the witness, the case has not moved forward for more than (13) thirteen years.

**The result,** STILL PENDING after (13) thirteen years[12].

(See letter attached from Attorney J. Vincent Aprile, II to United States Attorney Alberto Gonzales at exhibit 1.)

---

[12] A special Judge, David Williams was appointed to preside over **ALL** of Faller's matters. Faller was questioned by the United States Attorney's Office, Southern District of New York as a probable witness against Williams in a Federal bank fraud case in New York. Additionally, Faller was sought out to be hired to investigate William's involvement in vote fixing to prevent gaming from coming to Kentucky when Williams was previously head of the State Senate in Kentucky. Faller attempted to disqualify Williams. Williams attempted to use the hearing to gain information regarding Faller's knowledge of William's prior bad acts.

During the course of all of the above, Faller had multiple home invasions and burglaries where his records were stolen. Like President Trump's Deep State matters, stolen materials appeared in other cases and in the hands of McAdams in the Southern District of Florida.

In 2007, the office manager of the local police department where Faller lived contacted Faller and informed him that the local police and government personnel were having regular meetings, planning how to frame Faller. Faller obtained a Court reporter and took a sworn statement of the office manager.

### Whistle 3

Faller was part of a defense team for more than (6) six years representing a small family chain of drug stores in an administrative DEA trial. During that representation Faller discovered the method that the Deep State members are shuttling invisible prescriptions for controlled substances for millions of pills. In that discovery, the process mirrored the process used by Clearstream to create a fake prescription, send it inter-pharmacy and delete it once its filled. It also amended inventory and reporting to various state and federal regulators. These transactions created a completely invisible transaction. A highly certified CPA also detected a substantial variance in the pill counts, covered up by members of the Deep State. At this point the Deep State began another attack on Faller.

### Whistle 4

Faller began taking cases throughout the United States and had already been practicing in other nations. Faller was contacted by a civil rights group from Louisville Kentucky, "The Voice of Louisville."

A representative of The Voice of Louisville traveled to Washington DC and met with Deep State participant, Eric Holder regarding a Karen Sypher, who was raped and subsequently

forced to have an abortion by world famous, University of Louisville basketball coach, Rick Pitino. To cover up the rape Pitino's Deep State lawyer and former U.S. Attorney had Sypher charged. The conspiracy to convict her even involved her own appointed attorney.

Holder instructed the representative of The Voice of Louisville to return to Kentucky and find James Faller, who would know what to do. See attached letter from Bishop Dennis V. Lyons, the leader of The Voice of Louisville at exhibit 3.

On or about November 1st, 2010, Faller held a national press conference regarding Sypher and Pitino to announce that his organization, USJusticeWatch was taking the case. Within (3) three days of the press conference, as in President Trump's Deep State fight, the Deep State weaponized the IRS. Some (20) twenty heavily armed IRS Agents appeared early in the morning at Faller's residence and office with search warrants.

Days later, Faller and his lawyer met with the IRS case agent and the Assistant U.S. Attorney who was in charge. Aprile and Faller explained what was taking place in Faller's small town and that there was an active conspiracy to frame Faller with the involvement of McAdams from SDFL. At that time, Faller discovered that Kerry Harvey was appointed as the United States Attorney for the Eastern District of Kentucky by President Barack Obama. It was Harvey, working with the local police that Faller was trying to prosecute who crossed over into the Western District of Kentucky to attack Faller.

In or about 2012, a local matter involving supporting individuals of the Deep State traveled to Europe to arrange for a false foreclosure of Faller's home in Kentucky. The local participants contacted and met with Austrian royalty who originally held a mortgage on Faller's home and informed him Faller was Jewish. A false foreclosure was brought by local lawyers on behalf of the Austrian royalty. A hearing was held and Faller was advised that if he spoke one

word, he would be arrested. Faller's home was ordered foreclosed and for Faller to vacate in one hour.[13] A Kentucky Court of Appeals later vacated the order but the home was gone and Faller was gone as detailed below.

To stop the foreclosure Faller filed a bankruptcy on the trust holding the home. The Deep State was at its best. The lawyer who was hired to fight the bankruptcy was a former lawyer Faller tried to hire to assist with the debt. That lawyer had all of Faller's files. When Faller's Counsel resisted, Bar complaints were filed against him and the Court denied the disqualification.

As the matter unfolded, Faller had a pending lawsuit against all of the local police who were doing the dirty work, involved in drug trafficking, human trafficking, protection rackets and other crimes, including murder. Once Judge Maricle was in prison another Special Judge was appointed to any and all cases with James Faller, David Williams, former President of the Senate of Kentucky.

In or about 2010, Faller was consulted by multiple high level business owners in Kentucky and sought to investigate Williams who was known to be running a protection racket over the border of Kentucky and Indiana. It was known Williams (as President of the Senate) was preventing gaming in Kentucky to allow Indiana to have an exclusive gaming empire. Faller was also interviewed by the Southern District of New York United States Attorney for possible prosecution of Williams, *et al.,* whose running mate for Governor was recently convicted of multiple federal crimes.

As the Deep State functions and protects, Faller filed a motion to recuse Williams, who refused. Williams even held hearings to force Faller to divest information he had against Williams and relayed to the United States Attorney in the Southern District of New York.

---

[13] The home was approximately 8,000 sq ft with a separate barn with a law office above it.

Following Williams refusal to recuse, a kangaroo trial was held that makes the recent impeachment farce appear legitimate. Williams even threatened to have Faller's trial assistant arrested in front if the jury during the trial.

Williams caused a wrongful verdict that should have been against the local corrupt police. In comparison between Williams and Defendant Schiff, Schiff used blatant fraud, while Nadler used pure obstruction. Williams simply obstructed in every possible way and would not allow Faller to ask a single uninterrupted question. In one instance the complaining witness in the tree cutting indictment *Supra*, the witness began admitting he tampered with and threatened a grand juror. Williams stopped the testimony and allowed the witness to spend the evening consulting with the opposing counsel.

As a result of the incredible injustice, Faller filed bankruptcy. Again, the matter was referred to Judge Joseph M. McKinley, Jr. McKinley refused to dismiss the debt of the lawsuit brought in a kangaroo Court. Once again, Faller's former attorney aided in presenting the claim against Faller. Again, Judge McKinley allowed Faller's former lawyer in the same matters to proceed against him.

In August of 2013, U.S. Attorney Kerry Harvey personally presented the indictment against Faller on patently false IRS charges in the frame up job.

During the execution of the search warrant, Faller's laptop computer came up missing. The computer contained hundreds of recordings from cases, including every conversation Faller had with the IRS.

**USA v. James Faller,** 1:13-CR-00029-JHM, Western District of Kentucky; Faller was indicted for failing to file tax returns. The IRS raided Faller's home and office (3) three days after Faller held a national news conference in **USA v. Karen Sypher,** 3:09-CR-85-S, Western District of

Kentucky, where Faller discussed what the government had done to him and how Karen was being treated the same way. This press-conference (video) can be seen online at https://vimeo.com/16080819.

Up until the raid by the IRS, Faller possessed insurmountable proof that Chief of Police Irvin and State Detective Scott Hammond were breaking into Faller's home and stealing his files and records, making tax compliance impossible. (See trial *infra*.) During the IRS raid, very little of Faller's financial materials were taken. The fact that the government had Faller's legal secretary as a confidential informant eliminated the necessity of seizing any records. However, most of Karen Sypher's items were taken during the raid. This is a Deep State strategy that President Trump is dealing with almost daily. Recently the Inspector General revealed the FBI placed a spy inside President Trump's organization.

During the trial in WDKY[14], Faller was *Pro se* and is an experienced litigator. The case should have been a resounding victory for Faller, but for the outside influence of the Deep State and the Judge's unethical actions defeated the truth. At trial, the charges began to unravel very quickly. Witness after witness testified about the terror they had regarding Irvin, including the testimony of local Chief Deputy Sheriff (Nick Bertram) who testified about the problems Faller had in the community. During Bertram's testimony (sealed for his safety) an unknown police officer came in (in full uniform) and sat down in the courtroom for the purpose of shutting down Bertram's testimony. It worked. Faller's children testified about middle of the night home invasions and other witnesses, including lawyers and accountants testified to the IRS's interference with Faller's ability to comply with tax law.

The most outrageous conduct came from the trial Judge (Judge McKinley) himself. (5) Five years prior to trial, Faller's laptop computer came up missing (the day of the raid.) The

---

[14] "WDKY" means Western District of Kentucky.

government continually denied knowing its whereabouts and Faller even filed suit to get it back. The same Judge (Joseph H. McKinley, Jr.) presided over the suit and dismissed the suit. During discovery in the criminal case, the court scolded Faller in an order holding *"there is no missing computer."* (72) Seventy-two hours before trial, the Court ordered the government to provide Faller the Jencks material[15]. In the Jencks was Faller's secretary's IRS interview where she called the IRS agent the day of the raid and provided the agent with the UPS tracking number for the computer that she sent to Dell computer for him to retrieve.

In the computer were thousands of recordings. Those recordings included every single conversation and meeting Faller had with the IRS. These recordings proved that the IRS agents (Ambach (the revenue agent) and Sauber (the CID agent)) committed perjury during trial and all other sworn documents and or proceedings. In fact, the recordings completely exonerated Faller. These same recordings included interviews of multiple witnesses and events regarding the organized crime taking place in Kentucky.

During the WDKY trial the government called Faller's secretary as a star witness. On cross-examination, Faller asked his secretary, Kelly Sullivan about the missing computer. *Ibid.* The Judge, (McKinley) interrupted and looked at the jury and said; *"She doesn't know anything about that, I don't think."* Judge McKinley then directed Faller to move on and not ask any more questions about [t]he missing computer. Other strange acts by the Court were the Court's refusal to allow Faller to call another Judge as a witness who was prepared to testify about the corruption and the IRS attack on Faller. (See Judge Corns Affirmation exhibit 4.) This was succeeded in improper actions of the Court when Judge McKinley would not allow Faller to ask questions of Attorney J. Vincent Aprile concerning his direct knowledge of the corruption that was used to frame Faller with the IRS charges. In fact, as seen in the direct appeal, Judge

---

[15] The "Jencks act" pursuant to 18 USC § 3500.

McKinley warned Faller before Aprile took the stand that he would grant any objection the government made to any questions Faller asked of Aprile, before knowing what the questions were.

None of the trial events were by chance and Faller had a witness who would end the injustice. Melinda Wilson was the office Manager of the Police department where Faller lived. Wilson was prepared to testify that she personally witnessed the meetings at the police department and the planning activities to *"get Faller"* and that the meetings involved conversations about the involvement of the AUSA out of Florida. Wilson provided a sworn statement before a court-reporter before trial. The meetings involved all of the parties Faller was investigating and or suing under a Civil-Rico complaint[16]. President Trump, I am sure you are asking yourself, *"If Faller is that qualified, why didn't he call this witness?"*

The simple answer is that during Faller's trial, Wilson could not be found. Post-trial, it was discovered, with the help of Deputy Bertram, that Wilson was abducted during the trial by Irvin and Hammond by using a false subpoena and then taking Wilson to a hotel and holding her there during the duration of the trial.

The fact that a sitting United States Judge intentionally skewed vital trial testimony, actually answering falsely for the witness and then took steps to prevent Faller from raising the issues, is incredible. However, there may be an explanation and the Deep State is it.

Faller has been at war with numerous corrupt officials in the Western District of Kentucky trying to stop the corruption, which includes the murder and or disappearance of many

---

[16] Faller filed suit against numerous officials in Russell County Kentucky under a claim of Civil RICO violations. The case was filed in the Western District of Kentucky in or about 2006. There is no record that can be found concerning the case. Although the Court dismissed the case, Faller's allegations proved true later when a *"Special Judge"* (R. Cletus Marical) was appointed by special order that Marical was to preside over any and all cases involving James Faller. Faller was contacted by FBI Agent Tim Briggs who notified Faller his his name was in a "hit lisdt" and he was in danger by Marical who had apparently murdered someone before. Marical was arrested by the FBI, charged and convicted of RICO violations. Marical was prosecuted in the Eastern District of Kentucky in 2009 before Kerry Harvey came into office.

local youths. In the attached affirmation from the Deputy Chief of Staff of the Lt. Governor's office, there is a moratorium that was issued by the previous Attorney General for the State of Kentucky which prohibits any law enforcement assistance being provided to Faller (or any lawyer on his behalf), except through Attorney Tad Thomas, who is Joe Michael Irvin and Scott Hammond's lawyer. The affirmation also references a state police seizure of property to cover the retirement budget short-fall. [T]he short-fall, as the governor has publicly stated, *"Depending on whose numbers you believe, is between 40 and 80 billion dollars."* One of the issues of corruption Faller discovered is how money is being drained from the pension and laundered. Additionally, how others are running a mass drug smuggling operation and a presiding prosecutor (with others) is running a forced sex slave industry. These "others" are in fact officials. (See affirmation of Deputy Chief of Staff of Lt. Governor Exhibit 5.)

When Faller became aware of the Judge's conflicts in the IRS case, Faller disqualified (2) two judges (pre-trial). Faller ordinarily asks the court to reveal anything that may be an issue or may warrant disqualification. There was no resistance, expect with Judge McKinley, who became aggressive and stated *"he knew if he had a conflict and that he did not have one."*

In or about January of 2018, a newly elected County Attorney of McCreary County, Kentucky, Austin Price sent information to Faller at the prison showing that during the time of Faller's ordeal with the IRS, and the efforts to regain his computer and trial, Judge McKinley's son, Joseph McKinley, Jr., was under charges by the Commonwealth of Kentucky by persons indirectly related thereto. Given the events in this case, *there is no question Judge McKinley was hostile and highly prejudiced against Faller* very consistent with President Trump's public declaration that *"the system is rigged!"*

Faller would be remiss if he did not describe the process in these cases to be a modern version of what the English created as a *Star Chamber*. In all of these cases, the Court's start down a path of conviction and once the court has made its mind up, regardless of what takes place, or what is presented, the Courts become our new, highly productive *Star Chamber*.

## TRAVESTIES ARE NOT A FEW

The Deep State is pervasive and unrelenting. They have created a mass of actually innocent prisoners that surpass China, Russia and other nations who are known to be dictatorships or communist. The current numbers of actually innocent people in prison in the United States is staggering. If President Trump has exposed anything, he has exposed the Deep State control of the Judicial System as well as the authoritative portion of the legislative body where threats, extortions, control and retaliation are the norm and not the exception.

Estimates of actually innocent persons in prison in the United States of America, the worlds teacher of justice exceed 150,000 people. Millions are under some sort of Court control.

### Five (5) examples of the ongoing travesty

### and efforts silence uncooperative victims of the Deep State;

**USA v. Karen Sypher [WDKY]**  (this case triggered the IRS attack on Faller)

Karen was raped by University of Louisville Basketball Coach, Rick Pitino and forced to have an abortion. To protect the college and Pitino, the government prosecuted Karen for extortion. Her own appointed lawyer was involved in assisting the prosecution and the Judge was completely out of control. He even ordered a special button to be installed on the PACER site so the public could review all of the case, without cost. Since her false conviction, Pitino was fired for sexual issues and other crimes. Karen served 7 years. She was referred to me, post conviction by Eric Holder, whom I do not know.

**USA v. Jeffery Bruteyn [EDPA] and [NDTX]**

In this matter government insiders literally stole more than $70,000,000 from this man. The case involved selling secured debt instruments to finance high-risk used cars. The government attacked him in ruthless ways, including temporarily holding his elderly mother in contempt. Jeffrey was first charged in a bogus passport case in PA and then after (2) two trials,

where they threatened his lawyer and a prosecutor from the TX case that had not even begun testified against him to ensure that he was convicted. Following, they indicted him in TX. Jeffrey was allowed to represent himself, despite being found suicidal by the prison staff at the time. He is not even remotely capable of representing himself however; Jeffrey was allowed to represent himself through an incredibly complicated trial, that the Court had actually designated as "Complex Litigation." Post trial, the Court appointed a special receiver who, after reviewing the cases, notified the Court that Jeffrey was actually a victim. The Special Receiver became so concerned that he hired (2) two experts in the field of securities. Both of those experts, separately, found that Jeffery was in-fact, a victim. The Special Receiver tried to enter an appearance on Jeffrey's behalf and was admonished by the Court. Jeffrey is serving (25) twenty five years.

### USA v. David Earle Clum [SDFL]

Dave is a successful business owner who was duped by an agent of the government in a tax scam involving OID/IRS returns. Dave went to trial without any real access to his discovery. The government concealed the fact that a man pretending to be a General in the U.S. Marine Reserves was working with the IRS in multiple cases and there were civil judgments in the same district (federal) against the fake General and the IRS for the same types of frauds against others that Dave was convicted of. The Judge in this case gave the jury permission to sleep and said jurors who did not speak English would get it by osmosis. Dave is a decorated war hero who is (67) sixty-seven years old and serving a (293) two-hundred-ninety-three month sentence.

### USA v. Doctor Stephen Schneider and USA v. Linda Schneider (U.S. Kansas, Wichita)

Doctor Schneider and his wife were tried together for allegedly killing (11) eleven people as a result of writing prescriptions in their practice. They were convicted of killing the (11) eleven patients in a lengthy trial. In addition, they were convicted of illegally obtaining over $100,000,000.00 in the case. Since trial the Court has been forced to dismiss all but (1) one of the deaths and the entire $100 million dollar judgment as the money did not exist. In the dismissal of the deaths, pursuant to a *pro se* §2255, the Court forced the appointment of a lawyer and did not hold an evidentiary hearing. If a hearing was held, the Schneiders could prove the last patient to die, died of alcohol poisoning, which resulted in a fatal heart attack. This evidence was available at trial but his lawyer ignored it because the prosecution put the defense team under grand jury investigation. Doctor Schneider was sentenced to 360 months and his wife to 362 months. She is not a doctor and did not write any prescriptions. Since the trial, the prosecutor has been fired and is under investigation for listening in on the phone calls of defendants and their lawyers. Multiple cases have been overturned as a result and the court held the U.S. Attorney's office in contempt. Recently Linda Schneider has been offered a settlement as a part of a class-action settlement due to the prosecutor eavesdropping on her and other inmates in conversations with their counsel.

### OVERT ACTS

The overt acts of these Defendants are so numerous and widespread that there is no way to name them all. However; they all have a common purpose, to silence, and if necessary, neutralize any and all resistance or anyone who may expose their criminal enterprise. The "Enterprise" has been around for more than (10) ten years, largely made up of the Democrat party however; many members are GOP and or non-affiliates, including international players, such as Beasley who was brought in to "neutralize" Faller.

The specific acts against Faller began in France and Switzerland in 1993 and intensified in the United States in Florida, Augusta Georgia, New York, Ohio, Kentucky and other United States and foreign venues. Most significantly were the acts perpetrated against Faller in Augusta Georgia. The acts have been a continual string of uninterrupted and inextricably intertwined acts against Faller and others which began in 1993 and have continued until the present day by members of the Deep State, simply to silence and control Faller.

The "Deep State" has members come and go however, the above, specifically named are the leaders and control of the Deep State that are visible.

The "Deep State" as it is named, has a specific task, to obtain and preserve power, to obtain personal enrichment and to remove any and all accountability of the members. For example, Hillary Clinton, Huma Aberdeen and her husband, Anthony Weiner were involved in widespread, illegal use of non-secure computer servers for illicit purposes. When all of this was discovered Bill Clinton met with the attorney general in the back of an airplane to prevent any detection of the meeting. When Necessary Party President Clinton pressed, all Hell broke loose which started an intimidation process by the Clintons and the Deep State. These acts involved Hillary Clinton paying for a fraudulent dossier to gain a FISA warrant and to spy on and falsely persecute President Trump. The Deep State then experienced what Faller has, public

dissemination of false information to discredit him. At the same time, just as with Faller, President Trump was being persecuted, Clinton admitted and actually publicly mocked washing her hard drive. She washed hers (bleached) while the IRS simply stole and disposed of Faller's hard drive. The Deep State has immunity. The message to the public, *"Mess with us, we will investigate you, try you and fry you!"* As with President Trump, the Deep state accused him of being a Russian agent. They accused Faller of being a money launderer in SDFL, all the while, Clintons were accepting millions from China, Biden was threatening Ukraine, Clinton covered it all up, they have now falsely charged President Trump in a kangaroo proceeding while Faller sits on supervised release because he got a kangaroo trial with kidnapped witness and stolen evidence. The pattern of conduct is pervasive.

As a pattern of conduct and culture, created by the Deep State, Faller experienced attempts on his life. President Trump, his family and the Vice President have had a plethora of threats listed Supra. Faller is without secret service and (2) two children died while another was raped. In the President's situation, other threats or encouraged violence involved Kathy Griffin holding up a severed head of the President. The level of vitriol and violent rhetoric against now-President Trump has increased substantially in recent weeks, from comedian Kathy Griffin's now-famous shock *"beheading"* photograph to Shakespeare in the Park's not-at-all-subtle "assassination" of Trump on a stage in New York City's Central Park. while Robert De Niro stated he would like to punch Trump in the face. Others such as Snoop Dogg "Shoots" Trump in the Head in Music Video, David Simon: "Pick Up a G*ddamn Brick" if Trump Fires Robert Mueller, Actress Lea DeLaria Threatens to 'Take Out' Republicans and Independents with Baseball Bat after Trump Win and a large following of all this vitrol. Despite laws to stop such threats, the Deep State continues to promote and incite such conduct, all knowing they make

such threats with impunity. As it falls on the above named Necessary Parties, the United States is all but devoid of freedom of speech as the Deep State uses every fraudulent artifice available, through wire, mail and other means to spread false propaganda. As is the situation with Faller, the other Necessary Parties suffer false persecutions to silence their resistance. Non more prolific than a war Hero, General Michael Flynn. In the above listed examples, David Clum fits that role. He is a decorated war hero who resisted the IRS and wrote a music video. He is actually innocent yet, serving (25) twenty five years where a Deep State Judge told a Jury they could sleep and the non-English speaking members *"would get it by osmosis."*

When example case Karen Sypher was raped, forced to have an abortion by Deep State member Rick Pitino and his Deep State lawyer, Karen was charged and convicted by the FBI, with the assistance of her own lawyer. As Faller stepped forward to stop the travesty, the Deep State sent (20) twenty Heavily armed IRS agents to him home and office to surround his children and drag his (9) nine year-old daughter outside and inform her "there's nothing to worry about, we are here to get your parents." Nazi Germany could have taken lessons from the Deep State. This is consistent with Peter Fonda's unprosecuted remark to have President Trumps son locked in a cage with pedophiles. In Faller's case, they did exactly that to his then (4) four year old child.

As the hunger for power, and the ability to wield it reigns, Defendants Pelosi and Schiff traveled to Jordan to impede Necessary party (President Trump) and the United States in their negotiations and strategies in foreign lands. As Pelosi has gone against the law to interfere without authority (see Count X), she has traveled to Afghanistan, North Korea and to Jordan. In an effort to undermine President Trump and show her immense power to crush any resister, Pelosi told the foreign leaders that she had as much or more power than President Trump. When

President Trump strategically announced the withdrawal from Northern Syria, Pelosi and Schiff attempted to interfere with near tragic results. Pelosi was intentionally unaware that President Trump was planning a brilliant attack to obtain and or kill the leader of the terrorist world Abu Bakr Al-Baghdadi. Fortunately, Pelosi and Schiff were unsuccessful in impeding President Trump's plans where he successfully eliminated Al-Baghdadi and his subordinate. Pelosi and Schiff willfully violated the Logan act, *inter alia* with impunity.

As the above named Defendants continue to act, their actions have created a culture and pattern of violence and disdain for any person who supports President Trump or does not agree with *"progressive socialism."* This pattern of conduct of the Defendants has further involved designing and invoking creative, criminal acts to prevent anyone accused from speaking out, having a fair trial or finding due process. Even Judges, such as Faller's Federal Judge in his kangaroo trial in 2015 are afraid of the Deep State. As pled, the Judge's son had been charged by state officials at the same time Faller's entire defense was state corruption.

As the Deep State culture progresses, civil rights and due process have slowly disappeared. By the attacks of the Deep State, all of the safety valves and their keepers in the system are terrified to assist, leaving a wrongfully accused or convicted person, such as Faller without remedy, including seeking a pardon when all else fails. The manner and means of the Deep State is to attack, attack, attack and then publish false information to destroy support, then take any and all means necessary to silence the accused.

The Deep State operates singular, combined and conspiratorial, creating schemes necessary to silence and destroy an adversary. President Trump is the first President in history to go on the offensive to restore the Plaintiff's rights as a citizen as well as the rights of all other citizens. President Trump is the first President in a long time who has restored the wealth to

America, instead of depleting it for personal gain. The Deep State seeks power by any means necessary and in doing so, personal wealth. Those means have ALWAYS involved violating the civil rights of Faller and the others in this nation. The Deep State has publicly shown they loath the United States Constitution that they are sworn to uphold. The Deep States has created methods of deceit and fraud to defeat due process requirements, the core legal promise that you are innocent until proven guilty and the foundation of our nation to have free speech. In Faller's situation, it involved (6) six indictments obtained by wire fraud, mail fraud and perjury. When (4) four of those failed and (1) one fizzled, they simply used the weaponization of the Lois Lerner scheme of the IRS. For President Trump, they concocted a very complicated scheme to impeach him, kangaroo proceedings, using false testimony, fraudulent pontifications by Defendant Schiff, make believe evidence and withholding evidence, not to mention out right threats to a multitude of witnesses. The activities of the Defendants have created a culture which has deprived the Plaintiff and every person in the United States of their civil rights simply because everyone fears being persecuted if they come forward against the Deep State.

As the most perfect example of the judicial terror that has been created by the Deep State, before President Trump was duly elected, at the will of the people, the Deep State publicly stated they would impeach President Trump if he is elected. As we all know, an impeachment is most assimilated to an indictment. The day President Trump was sworn in as our (45) Forty-Fifth President, the impeachment effort began by the Deep State. In very recent days, the Deep State demonstrated its consistency in using judicial like intimidations against the President, exactly as they have against Plaintiff Faller. They have not even presented the first set articles of impeachment and they are preparing to "create" more as some sort of implied threat to the President, the instant Plaintiff, the American people and the supporters of President Trump.

In July of 2006, the Deep State caused (2) two erroneous indictments against Plaintiff Faller. Following the indictments (see 4th and 5th case *Supra*,) the Deep State discovered their allegations can be shown to be knowingly false. The remedy, let the indictments sit for more than (13) thirteen years, completely absent of the due process right of a speedy trial, regardless of the fact that Faller demanded a speedy trial from the week after the indictment[17].

In or about September 2019 the Deep State began a long-threatened congressional inquiry to impeach President Trump on concocted, and absurd charges, some of which included allegations that he violated laws that do not exist. On December 18th, 2019 the Deep State held a sham vote in a hearing chaired by a within named, known member of the Deep State, Jerrold Lewis Nadler (*co-underboss and cafone.)* The President was impeached as a result of the kangaroo proceedings. Faller was indicted by much the same methods ((6) six times.)

As a direct example of the growing national fear and certainly an intentional intimidation of Faller, the President was impeached on December 18th, 2019 and has a right to a process to disprove the false allegations, just as Faller has a right to a speedy trial to disprove the false allegations against him[18]. More importantly, the American people have a right to a peaceful, certain government and a peaceful nation. Speaker of the House and Deep State *Official Boss Capo di titti capi,* Nancy Patricia Pelosi has decided and announced that she will not release the articles of impeachment to the United States Senate to be tried. The clear purpose of such an outrageous act is to violate the American due process, keep our nation in a state of lawlessness and to further try to intimidate the President and all who would support him. Far worse, such illicit conduct by the Deep State has created a culture of a state of complete lawlessness as

---

[17] The presiding judge was arrested and charged (and convicted) with unrelated RICO violations. It was discovered that particular judge was planning to have Faller killed.

[18] Sixth Amendment; In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense. (Speaking only of Faller, impeachment proceedings are vague at best as to speedy trial requirements.)

described in U.S. Supreme Court case *Olmstead, Supra.* Pelosi's scandalous actions are the very antithesis of the Constitution of the United States of America and a blatant message to all who challenge the Deep State, as Faller and Trump have. Pelosi knows no limits to her brazen defilement of the laws when she called President Trump a "Coward" for defending the Second Amendment and was called out for hating him. On December 5th, 2019 *Official Boss, Capo di tutti capi,* Nancy Pelosi issued a scathing warning to a reporter who asked her a question about her feelings about President Donald Trump: *"Don't mess with me."*

The Deep State has become so brazen they are willing to impeach a president and then deny him the right to defend the meritless allegations. They have done the same to Faller and thousands of others who have stood up to the tyranny of the Deep State. Now, President Trump and Plaintiff Faller along with the other within named example cases, *et al.,* sit as victims of a system that no longer contains even a scintilla of due process or fairness.

In a clear answer to the question asked by Mike Huckaby and is clearly on the minds of competent Americans;

> *"If they can do this to a sitting president, what can they do to an ordinary citizen?"*

Contained within and to be expounded upon, Mr. Huckaby's question is now answered. The Deep State is dangerous, lawless, without morals and will even engage in murderous acts to maintain power and control over the American people or anyone in their way.

## COUNT I

The above named Defendants as a conspiracy and at times acting alone have combined, conspired and confederated to operate as an Organized Crime Enterprise for more than (10) ten years against the Plaintiff and the other named *Necessary Parties* with the specific purpose of personal enrichment, and concealment from prosecution power and control, protection from prosecution for laundering money, extortion, mail fraud, wire fraud, obstruction of justice, obstruction of criminal investigations, obstruction of state and federal law enforcement, tampering with witnesses, retaliation against witnesses and victims, trafficking in persons, economic espionage, interference with commerce, *inter alia* as codified in **United States Code Section 18 U.S.C. § 1961 Racketeering ("RICO").**

## COUNT II

The above named Defendants as a conspiracy and at times acting alone have combined, conspired and confederated to operate as an Organized Crime Enterprise for more than (10) ten years with the specific purpose of personal enrichment and concealment from prosecution, to preserve power and control, as an artifice and in support of the central purpose of the Enterprise did in fact engage in criminal acts against the Plaintiff and the above named *Necessary Parties* by engaging in a conspiracy against their rights as codified in **United States Code Section 18 U.S.C. § 241 (Conspiracy against Rights); 18 U.S.C. 242 (Depravation of Rights Under Color of Law) and United States Code Section 42 U.S.C. § 1985 (Conspiracy to Interfere with Civil Rights).**

## COUNT III

The above named Defendants as a conspiracy and at times acting alone have combined, conspired and confederated to operate as an Organized Crime Enterprise for more than (10) ten years with the specific purpose of personal enrichment and concealment from prosecution, power and control, as an artifice and in support of the central purpose of the Enterprise did in fact engage in criminal acts of Civil Rights violations against the Plaintiff and the other named *Necessary Parties* to place the Plaintiff and a multitude of others in a state of Peonage in violation as codified in **United States Code Section(s) 18 U.S.C. § 1581 (a) and (b) and 42 U.S.C. § 1983 (Depravation of Civil Rights) and 18 U.S.C. § 1985 (Conspiracy to Interfere with Civil Rights).**

## COUNT IV

The above named Defendants as a conspiracy and at times acting alone have combined, conspired and confederated to operate as an Organized Crime Enterprise for more than (10) ten years with the specific purpose of personal enrichment and concealment from prosecution, power and control, engaged in a plethora of Frauds and Swindles against the Plaintiff and the above named *Necessary Parties* as codified in **United States Code Section 18 U.S.C. § 1341.**

## COUNT V

The above named Defendants as a conspiracy and at times acting alone have combined, conspired and confederated to operate as an Organized Crime Enterprise for more than (10) ten years with the specific purpose of personal enrichment and concealment from prosecution, power and control have engaged in a plethora of criminal acts to create an environment, culture and

pattern of conduct to obstruct the Equal Rights Under the Law of the Plaintiff and the above named *Necessary Parties* as codified in **United States Code Section 42 U.S.C. § 1981 (Equal Rights Under the Law.)**

## COUNT VI

The above named Defendants as a conspiracy and at times acting alone have combined, conspired and confederated to operate as an Organized Crime Enterprise for more than (10) ten years with the specific purpose of personal enrichment and concealment from prosecution, power and control have engaged in a somewhat perfected judicial dance, abusively using their official positions for personal enrichment and control to create a culture, pattern of conduct and environment of pure and unadulterated terror for anyone, including the Plaintiff and the above named *Necessary Parties* to have extreme fear and terror of retaliation by the Defendants and others who have adopted their criminal methods to Oppress, Silence, Hinder and Obstruct any lawful adversary. The conduct of the above named Defendants, as a conspiracy and at times acting alone have caused the United States culture to become lawless and dangerous, without fear of prosecution in any instance where a member of the Deep State has the proper connections which always lead to these Defendants in violation of **United States Code Section 42 U.S.C. § 42 1985 (Conspiracy to Interfere with Civil Rights) and 18 U.S.C. § 241 (Conspiracy Against Rights).**

## COUNT VII

The above named Defendants as a conspiracy and at times acting alone have combined, conspired and confederated to operate as an Organized Crime Enterprise for more than (10) ten

years with the specific purpose of personal enrichment and concealment from prosecution, have engaged in a pattern of conduct using varying criminal methods in their official capacity and outside of their official capacities where they are regularly engaging in Frauds and Swindles, Mail and Wire Fraud for the purposes of personal enrichment as codified in **United States Code Section 18 U.S.C. § 1341 (Frauds and Swindles).**

## COUNT VIII

The above named Defendants as a conspiracy and at times acting alone have combined, conspired and confederated to operate as an Organized Crime Enterprise for more than (10) ten years with the specific purpose of personal enrichment and concealment from prosecution, have engaged in a pattern of conduct using Interstate Communications to Injure the Property and Reputation of the Plaintiff and the above named *Necessary Parties* as codified in **United States Code Section 18 U.S.C. § 875 (d) (Interstate Communications).**

## COUNT IX

The above named Defendants as a conspiracy and at times acting alone have combined, conspired and confederated to operate as an Organized Crime Enterprise for more than (10) ten years with the specific purpose of personal enrichment and concealment from prosecution, have engaged in a pattern of conduct to cause a complete state of terror in the United States to anyone who challenges or speaks out against the above named Defendants or attempts to resist them or any artifice, including what is a mirage of a legal prosecution, using Threats Against the President and Vice President to remove, injure and or kill them and or their families as codified

in **United States Code Section 18 U.S.C. 871 (a) and (b) (Threats Against the President and Successors to the Presidency).**

## COUNT X

The above named Defendants as a conspiracy and at times acting alone have combined, conspired and confederated to operate as an Organized Crime Enterprise for more than (10) ten years with the specific purpose of personal enrichment and concealment from prosecution, have engaged in a pattern of conduct to interfere with the above named Necessary Parties (The United States and President Donald John Trump) lawful efforts, negotiations, disputes with foreign nations without authority and the Defendants interfere with such negotiations, disputes and lawful efforts by the President of the United States and his appointees for the betterment of the United States and mankind against the interests of the Plaintiff and the above named *Necessary Parties* as codified in **United States Code Section 18 U.S.C. 953 (Private Correspondence with Foreign Governments).**

A. Faller reserves the right to add or remove parties as becomes necessary to prove his complaint.

B. Faller reserves the right to amend his complaint as per the rules provided in Fed. R. Civ. Proc.

## RELIEF SOUGHT

1. The Plaintiff respectfully demands a Trial by Jury.

2. The Plaintiff respectfully requests that this Court use its power to refer these matters to a Special Grand Jury, pursuant to 18 U.S.C. 3331 (a) and 18 U.S.C. 3332 (a) & (b) to investigate and prosecute the allegations within the instant complaint, *inter alia.*

3. The Plaintiff requests an immediate-temporary and permanent injunctive relief which prevents the Deep State from using any further weaponization of Federal or State acronyms (IRS, FBI, etc.) against the Plaintiff without first seeking this Court's permission.

4. The Plaintiff requests that this Court transfer jurisdiction of his remaining supervised release to this Court until such time that it can be dismissed.

5. The Plaintiff requests an immediate-temporary and permanent injunction against the Defendants which prohibits them from engaging in further unlawful acts against any of the parties.

6. The Plaintiff request that this Court agree to entertain a Petition for Habeas Corpus 28 U.S.C. § 2241 to dismiss the (2) two false convictions of the Plaintiff in the Southern District of Florida and the Western District of Kentucky (IRS).

7. The Plaintiff requests a Declaratory Judgment which declares that the Deep State has created a state of lawlessness as was cautioned by the Supreme Court *Olmstead v. United States*, 277 US 438 - Sup Ct. - 1928 (*Supra*)

8. The Plaintiff requests a Declaratory Judgment that the pending 2006 indictment of Commonwealth of Kentucky v. James Faller 06-CR-00101 & 102; is a Constitutional violation of Faller's rights to a fair and speedy trial and that keeping the Plaintiff under

indictment for more than (22) twenty-two years is a violation of the United States Constitution.

9.  The Plaintiff requests a Declaratory Judgment against the Defendants which declares that the Defendants have acted unlawfully and that their acts have seriously harmed the United States of America and its system of jurisprudence and that they have engaged in a pattern of conduct involving abuse of process for political and other purposes.

10. The Plaintiff respectfully demands a judgment in the amount of $1.5 Billion dollars for the destruction of Globalnet.

11. The Plaintiff respectfully demands a judgment in an amount, reasonably calculated to compensate the Plaintiff for the loss and destruction of multiple businesses destroyed by the actions of the Defendants, far in excess of the minimum jurisdiction of this Court.

12. The Plaintiff demands a judgment reasonably calculated to compensate for the loss of Faller's (2) two children, far in excess of the minimum jurisdiction of this Court.

13. The Plaintiff demands a judgment reasonably calculated to compensate Faller for the rape of his (4) four year old daughter, far in excess of the minimum jurisdiction of this Court.

14. The Plaintiff demands a Judgment in an amount reasonably calculated to compensate Faller for the time of incarceration on false convictions ((2) two false convictions, (4) incarcerations) far in excess of the minimum jurisdiction of this Court.

15. The Plaintiff demands a Judgment in an amount reasonably calculated to compensate Faller for falsely indicting him (6) six times and keeping the indictments intact for more than (22) twenty-two years.

16. The Plaintiff demands punitive damages for the acts against him in an amount reasonably calculated far in excess of the minimum jurisdiction of this Court.

17. The Plaintiff demands pre and post trial interest.

18. The Plaintiff reserves the right to amend this complaint as becomes necessary.

19. The Plaintiff reserves the right to add parties as becomes necessary.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746[19].

Executed on *Dec 28th, 2019*

*[signature]*

Rev. James Stuart Faller, II
*569 Edgecliff Lane*
*Evans, GA 30809*
*JamesFaller@yahoo.com*
*706-564-6265*

---

[19]

**28 § U.S.C. 1746**

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

(2)

If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).

(Signature)".