IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JAMES S. FALLER II,          *

    Plaintiff,          *

         v.               *      CV 120-002

NANCY PATRICIA PELOSI, et al.,   *

    Defendants.         *

---

**O R D E R**

---

Proceeding *pro se*, Plaintiff filed a fifty-nine page complaint against seven members of the United States Congress, "The Deep State," and "Unknown Defendants" alleging violations of various criminal and civil statutes. (Compl., Doc. 1, at 3-5, 52-56.) After determining Plaintiff's complaint was an impermissible shotgun pleading and outlining its deficiencies in detail, the Court directed Plaintiff to file an amended complaint that complied with Federal Rule of Civil Procedure 8(a)(2) and 10(b). (See Doc. 44.) The Court warned Plaintiff that he had one opportunity to fix his deficient complaint.

Plaintiff's amended complaint commits the same "sins" the Court outlined in its November 11, 2020 Order. (Id. at 2-6.) The only noticeable change Plaintiff made to his amended complaint is that he added an index and line numbers to his

pages.  (See Doc. 45, at 3.)  Moreover, Plaintiff increased the number of counts from ten to twenty in his amended complaint, many of which include multiple claims for relief.  It is apparent Plaintiff blatantly disregarded the Court's Order because he continues to seek relief under criminal statues that do not create private causes of action, and he did not eliminate the extraneous information the Court specifically drew attention to in its Order.  Plaintiff has demonstrated any additional opportunity to amend his complaint would be futile.  Plaintiff's failure to comply with the Court's Order warrants dismissal.[1] See Hirsch v. Ensurety Ventures, LLC, 805 F. App'x 987, 992 (11th Cir. 2020).  Accordingly, this case is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this ___8th___ day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] "[A] district court may *sua sponte* dismiss a case under the authority of either [Federal Rule of Civil Procedure] 41(b) or the court's inherent power to manage its docket." Duong Thanh Ho v. Costello, 757 F. App'x 912, 914 (11th Cir. 2018) (citing Betty K Agencies, Ltd. v. M/V Monada, 432 F.3d 1333, 1337 (11th Cir. 2005)).