AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES S. FALLER II,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV120-002

NANCY PATRICIA PELOSI, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated December 8, 2020, the captioned case is dismissed with prejudice and stands closed.



December 8, 2020                                 John E. Triplett, Acting Clerk
*Date*                                                          *Clerk*

*(By) Deputy Clerk*